FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD ALGER,<br><br>　　　　　　　　　　Defendant. | Case No. 2:24-CR-0113-TOR<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER RE DISCOVERY |

　　　IT IS HEREBY ORDERED that:

　　　1.　　The Government's Motion for a Protective Order re Discovery, ECF No. 21, is GRANTED.

　　　2.　　Defense counsel may show to, and discuss with the Defendant, the two Riverside County, California, Superior Court search warrants.

　　　3.　　Defense counsel shall not provide original or copies of the two Riverside County, California, Superior Court search warrants to the Defendant.

　　　4.　　Copies of the two Riverside County, California, Superior Court search warrants may not be left in the Defendant's custody.

　　　5.　　Any written filings referencing the contents of the two Riverside County, California, Superior Court search warrants shall be filed under seal.

Order Granting Government's Motion for a Protective Order re Discovery - 1

6. Defense counsel shall not otherwise provide original or copies of the two Riverside County, California, Superior Court search warrants to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

IT IS SO ORDERED this 26th day of June, 2025.



Thomas O. Rice
United States District Judge

Order Granting Government's Motion for a Protective Order re Discovery - 2